UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: AXXIS DRILLING, INC., ETC.　　　　　　　　　CIVIL ACTION

　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 09-4444

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "C" (2)

ORDER AND REASONS

This matter comes before the Court on motion for summary judgment on Axxis Drilling's Complaint for exoneration from or limitation of liability filed by Pamela Leblanc is DENIED. Rec. Doc. 95. The claimant argues that Axxis Drilling, Inc. ("Axxis") is not entitled to limit its liability as a matter of law because it is undisputed that Axxis failed to provide training to the operator of the crewboat upon which the decedent was injured, Axxis failed to maintain policies on safe crewboat operation, Axxis allowed an unlicensed operator to operate the crewboat and Axxis failed to properly investigate two other accidents involving the crewboat operator.

Axxis opposes the motion with a number of arguments. First, it argues that the decedent himself "was an employee of Axxis whose job was to provide safety aboard a fleet of drilling rig vessels operated by Axxis Drilling" and was the "safety rep for Axxis" and "fully aware of safe practices aboard the vessel once it was in operation."

Rec. Doc. 103 at 2, 6.  Second, Axxis argues that the operator was sufficiently qualified to operate the crewboat and there is no evidence that the previous accidents provided Axxis with any knowledge that would vitiate entitlement to limitation.  *Id.* at 3–4, 8.  Third, Axxis argues that an employee of Louisiana Delta Marine L.L.C. was at fault when he moved and secured a pipe barge to a new location on the canal work site without placing any lights on the barge and without informing anyone at Axxis of the move.  *Id.* at 4–5, 9– 10.

The Court finds that the record lacks undisputed facts that establish that Axxis was negligent, that the crewboat was unseaworthy, or that its negligent acts or unseaworthiness contributed to the accident.  Rather, genuine issues of material fact as to fault and causation exist, precluding summary judgment.

Accordingly,

IT IS ORDERED that the motion for summary judgment on Axxis Drilling's Complaint for exoneration from or limitation of liability filed by Pamela Leblanc is DENIED.  Rec. Doc. 95.  The issue of limitation of liability shall be revisited at trial, if appropriate.

New Orleans, Louisiana, this 25th  day of April, 2012.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE